IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WILLIAM TISDALE, *et al.*, <br><br> Plaintiff, <br> v. <br><br> IOWA HEALTH SYSTEM d/b/a UNITYPOINT HEALTH, <br><br> Defendant. | Case No. 1:23-cv-01142 <br><br> Judge Michael M. Mihm <br><br> Magistrate Judge Jonathan E. Hawley |

### AGREED ORDER

This matter coming before the Court on the Parties' Joint Motion for Approval of Settlements and Dismissal which was heard by the Court on June 4, 2024 at 3:00 p.m. CST, due notice having been given and the Court and the Parties being fully advised in the premises, IT IS ORDERED that:

1. The Court approves the settlements reached by the Parties in this action as embodied in their Settlement Agreements, reviewed by the Court *in camera*, as a fair and reasonable resolution of *bona fide* disputes; and

2. This matter is hereby dismissed with prejudice pursuant to the Parties' Joint Motion for Approval of Settlements and Dismissal (ECF No. 35).

Signed this 5th day of June, 2024.    s/Michael M. Mihm

UNITED STATES DISTRICT JUDGE